UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

      AK II, LLC                            Case No.    13-54245-mbm
                                                 Chapter 11
      Debtor                                  Hon. Marci McIvor
_____/

**NOTICE OF WITHDRAWAL OF
DEBTOR(S)' MOTION TO EXTEND TIME TO FILE SCHEDULES
AND RELATED DOCUMENTS**

NOW COMES Debtor(s), through counsel, and state(s):

Debtor hereby withdraws its motion to extend the time to file schedules, it appearing to have resolved the underlying issues with its noteholder which led to the chapter 11 filing.

                                                          Respectfully submitted,
                                                          __/s/ Robert Bassel _____
                                                          ROBERT N. BASSEL (P48420)
                                                          Attorneys for Debtor
                                                          P.O. Box T
                                                          Clinton, MI 49236
DATED: 8/12/2013                             (248) 677-1234
                                                          bbassel@gmail.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

    AK II, LLC                         Case No.     13-54245-mbm
                                          Chapter 11
    Debtor                           Hon. Marci McIvor

_____/

## PROOF OF SERVICE

The undersigned served, or caused to be served, copies of Notice of Withdrawal of Debtor's Motion to Extend Time to File Schedules and Related Documents upon the following by U.S. Mail or via the ECF system which is designed to serve notice upon the following, where applicable:

matrix

                                                Respectfully submitted,
                                                ___/s/ Robert Bassel_____
                                                ROBERT N. BASSEL (P48420)
                                                Attorneys for Debtor
                                                P.O. Box T
                                                Clinton, MI 49236
DATED: 8/12/2013                           (248) 835-7683
                                                bbassel@gmail.com